# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| RAMON LEIVA, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) | Case No. C10-169-MJP |
|  | ) |  |
| v. | ) | **ORDER OF DISMISSAL** |
|  | ) |  |
| A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, *et al.*, | ) ) ) |  |
|  | ) |  |
| Respondents. | ) |  |

The Court, having reviewed Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 3), Respondents' motion to dismiss (Dkt. No. 8), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 17), Petitioner's objections to the Report and Recommendation (Dkt. No. 18), the Respondents' response to the objections (Dkt. No. 19), and the remaining record, finds and ORDERS as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss (Dkt. No. 8) is GRANTED, and this action is DISMISSED with prejudice; the previous temporary stay of removal issued by the Court (Dkt. No. 4) is VACATED; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

\\

ORDER OF DISMISSAL- 1

1      DATED this 24th day of May, 2010.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL- 2